PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHA HAFEZ, ET AL., | CASE NO. 2:23-CV-01815-DJC-DB |
| Plaintiffs, | STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| UR MENDOZA JADDOU, ET AL., | |
| Defendants. | |

The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiffs does not oppose. This case concerns Plaintiffs' set of form I-485 – applications for adjustment of status, which Plaintiffs filed with U.S. Citizenship and Immigration Services ("USCIS") in August 2019. Counsel for Defendants is working with USCIS to take further action in this matter, which is expected to render this lawsuit moot. USCIS has issued a request for evidence ("RFE") to Plaintiffs, and Plaintiffs' RFE response is due by January 14, 2024. Once USCIS receives Plaintiffs' RFE response, the parties anticipate USCIS will be able to complete the adjudication.

///

///

///

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is February 5, 2024.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  October 20, 2023
                              PHILLIP A. TALBERT
                              United States Attorney

By:  /s/ ELLIOT C. WONG
     ELLIOT C. WONG
     Assistant United States Attorney


/s/ JOSHUA L. GOLDSTEIN
JOSHUA L. GOLDSTEIN
Counsel for Plaintiff


ORDER

IT IS SO ORDERED.

Dated:  October 20, 2023
                              /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE